MADISON COUNTY TRUST AND DEPOSIT COMPANY,
Respondent, *v.* RAY B. SMITH et al., Defendants, and
H. SEYMOUR GETMAN et al., Appellants.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion to amend remittitur granted; return of remitti-
tur requested and when returned it will be amended to

read as follows: " The judgment of the Appellate Division modified by granting a new trial and as so modified affirmed with costs to appellants in the Appellate Division and in this court to abide the event." (See 259 N. Y. 348.)